## LONG'S ADMINISTRATOR v. SPEAR.

Court of Common Pleas. Sussex. April, 1796.

*Bayard's Notebook, 134.*

After the jury were sworn, *Wilson* moved to amend the declaration by striking out the date of a judgment recited in it and inserting a new date, and cited the Statute of Jeofails 16 & 17 Car. II, c. 8. The amendment was allowed upon the payment of costs.

*Bayard* for defendant.